NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THOMAS ROBERT BANASKY, )
)
        Appellant, )
)
v. )   Case No. 2D15-2221
)
STATE OF FLORIDA, )
)
        Appellee. )
_____ )

Opinion filed March 9, 2018.

Appeal from the Circuit Court for
Hillsborough County; Christopher C.
Sabella, Judge.

Michael L. Broadus of Michael L. Broadus,
P.A., Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan D. Dunlevy,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


        Affirmed.


SILBERMAN, CRENSHAW, and SLEET, JJ., Concur.